AKTIEBOLAGET MALAREPROVINSERNAS BANK, Respondent, *v.* AMERICAN MERCHANT MARINE INSURANCE COMPANY, Appellant.

AKTIEBOLAGET MALAREPROVINSERNAS BANK, Respondent, *v.* FEDERAL INSURANCE COMPANY, Appellant.

AKTIEBOLAGET MALAREPROVINSERNAS BANK, Respondent, *v.* ÆTNA INSURANCE COMPANY OF HARTFORD, CONNECTICUT, Appellant.

AKTIEBOLAGET MALAREPROVINSERNAS BANK, Respondent, *v.* NATIONAL FIRE AND MARINE INSURANCE COMPANY, Appellant.

AKTIEBOLAGET MALAREPROVINSERNAS BANK, Respondent, *v.* THE GLOBE AND RUTGERS FIRE INSURANCE COMPANY, Appellant.

AKTIEBCLAGET MALAREPROVINSERNAS BANK, Respondent, *v.* STUYVESANT INSURANCE COMPANY, Appellant.

AKTIEBOLAGET MALAREPROVINSERNAS BANK, Respondent, *v.* THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, Appellant.

AKTIEBOLAGET MALAREPROVINSERNAS BANK, Respondent, *v.* GLENS FALLS INSURANCE COMPANY, Appellant.

AKTIEBOLAGET MALAREPROVINSERNAS BANK, Respondent, *v.* THE HANOVER FIRE INSURANCE COMPANY, Appellant.

(Submitted March 1, 1926; decided March 4, 1926.)

Motions for reargument denied, with ten dollars costs and necessary printing disbursements. (See 241 N. Y. 197, 551.)